

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00353-CV

_____

IN THE INTEREST OF C.D., C.D., AND C.D., CHILDREN

On Appeal from the 481st District Court
Denton County, Texas
Trial Court No. 20-3167-393

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On September 26, 2022 and October 17, 2022, we notified appellant, in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless appellant paid the $205 filing fee.[1]  *See* Tex. R. App. P. 42.3(c), 44.3.  Appellant has not done so.  *See* Tex. R. App. P. 5, 12.1(b).

Because appellant has not complied with a procedural requirement and the Texas Supreme Court's order of August 28, 2015,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant must pay all costs of this appeal.  *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered:  November 23, 2022

---

[1]Our September 26 letter required that appellant pay the filing fee by October 6, 2022, while our October 17 letter required that appellant pay the filing fee by October 27, 2022.  Both of those letters also notified appellant that her docketing statement had not been filed and directed her to file a docketing statement.  *See* Tex. R. App. P. 32.1.  Appellant has not filed a docketing statement.

[2]*See* Supreme Court of Tex., Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Aug. 28, 2015) (listing courts of appeals' fees).